FILED BY SCN D.C.
OCT 02 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Keyon Lewis
12-09-1996
2:23-cr-14030

Evidence Hearing                                    9-25 2023

pursuant to FL. Statue 841.(a)(1)(B)(i)(C)

Florida Standard Jury instruction - Elements

Florida Special Jury instruction - Elements

o Elements to convict
(1) Knowledge
(2) Possesion
(3) Intent to distribute

The Elements for Statue 841.(a)(1)(B)(i)(C) are not satisfied to achieve a conviction by investigative evidence.

This is a request of an Evidentiary Hearing with the outcome to be a dismisal due to lack of required elements

Sincerly Keyon Lewis      09-25-2023
Keyon Lewis               09-25-2023

Ramona C. Williams  09-26-2023
Ramona C. Williams

RAMONA C. WILLIAMS
Commission # GG 9634...
Expires February 27, 20..
Bonded Thru Troy Fain Insura... 800-385-7019

Florida Statue 841.(a)(1) & (B)(1)(C)

- To convict a person of possesion with intent to distribute the Goverment has to prove all 3 elements
  (1) Knowledge
  (2) Possesion
  (3) Intent to distribute.

* <u>Knowledge</u> - if the premises in which the contraband is found is in public or proximity surrounding and not found on person, knowledge of the presence by the defendant has to be presented and not infered, by established by proof (K.T.B. v State 2D19 59)

* <u>Possesion</u> - mere proximity to contraband is not sufficient to establish possesion (McCray v. State 4D17-2006)

* <u>Intent to Distribute</u> - Defendant must satisfy the elements for position to be convicted of intent to distribute a controlled substance. Can only be convicted if the defendant knowingly or intentionally based on physical evidence, distributed a controlled substance.
(United States v. Colston 4th 4F 1179, 1187-188)

Reed Davis
903 N Rock Rd
Fort Pierce, FL
34945

RECEIVED
OCT 02 2023
FTP
CLEARED X-RAY

Clerk of Court
101 N. U.S. HWY. 1 1016
Fort Pierce, FL
34950

Legal Mail

Local Mail

WEST PALM BCH FL 334
29 SEP 2023 PM
This mail originated from an inmate at the St. Lucie County jail

Thinking of U
FOREVER