UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-14030-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KEYON LEWIS,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF EXPERT WITNESS

Comes now the defendant, Keyon Lewis, by and through his appointed counsel, Kafahni Nkrumah, Esq., pursuant to Rule 16(b)(1)(C)(i) of the Federal Rules of Criminal Procedure, and hereby gives notice regarding expert witness, Dr. Jimmie L. Valentine. As indicated in Dr. Valentine's curriculum vitae which is attached as Exhibit 1, Dr. Valentine is a forensic toxicologist and clinical pharmacologist who has been active in these fields for nearly four decades and is versed in the pharmacokinetic principles concerning the absorption, distribution, and excretion of alcohol and drugs, as well as the pharmacological and fatal effects these have in humans.

Dr. Valentine has taught the disciplines of pharmacology and toxicology at three different academic institutions, two of which were accredited/certified for forensic toxicology. The other laboratory was in existence prior to forensic toxicology laboratories being certified or accredited. Dr. Valentine has testified in numerous legal proceedings concerning the analytical process required to achieve accuracy and

precision in biochemical and gas chromatographic analysis of blood, serum, or plasma and urine specimens for alcohol and numerous different drugs.

The opinions that defendant will elicit from Dr. Valentine expressed with a reasonable degree of medical/scientific certainty and the basis and reasons for them-are as follows:

(1)     There was a discrepancy between chemicals reported in the "brown clumpy" substance identified as Exhibit #GDR03 (in analyses performed by the Indian River Crime Laboratory) found at the death scene and those chemicals identified in the decedent's iliac blood specimen analyzed by Stewart Reference Laboratory. For example, Exhibit #GDR03 was reported to contain fentanyl but also heroin, cocaine, and fluorfentanyl, and other unidentified chemicals. Accordingly, if the decedent injected some of Exhibit #GDR03 it would be expected that Steward Reference Laboratory would have found the metabolites of heroin, viz., 6-monoacetylmorphine (6-MAM) and morphine when they performed their independent analysis. This laboratory found no opiates in the initial screen nor were any identified in the GC/MS or LC/MS analyses. Therefore, the correlation between the substance recovered and the decedent's postmortem blood specimen is not apparent from the analyses performed in these two different laboratories.

(2)     Based on Dr. Valentine's examination of the postmortem toxicology findings along with the other discovery he has reviewed permits him to

2

agree with Dr. Aronica's ruling that the death of the decedent as fentanyl and alcohol intoxication. The decedent had done extensive drinking of alcohol leading up to death and achieved a high antemortem blood alcohol concentration (BAC). The concentration of fentanyl determined in the decedent is at the very lower end of the range that has been associated with reported fentanyl deaths from all different routes of administration. Therefore, the synergistic/additive effect of the extremely high BAC tipped the scale to cause death in this circumstances but according to his professional opinion the death of the decedent cannot be attributed to only fentanyl as a substantial factor.

Dr. Valentine's publications authored in the last ten years include:

- D.R. Bergen, J.L. Valentine. Anti-anaphylactic action of nordihydroguaiaretic acid in antigen sensitized guinea pigs. *Resp Physiol Neurobiol* 234:26-31 (2016)

- R. Valentine, D. Valentine, J.L. Valentine. Relationship of George Floyd protest to increases in COVID-19 cases using event study methodology. *J Public Health*, https://doi.org/10.1093/pubmed/fdaa127

- Mahaney P., J.L. Valentine, V.V. Acevedo. The fallacy of the police administered "Finger to Nose" test to determine alcoholic sobriety. *The Guardian* (The Newsletter of the Alabama Criminal Defense Lawyers Association) **October/November/December**: 10-11 (2013).

- C.R. Valentine and J.L. Valentine: "Collection and preservation of forensic blood specimens: The fermentation defense," in *Inside the Minds: Understanding DUI Scientific Evidence*, 2013 ed, Aspatore Books, Egan, MN, 2011, Chapter A, pp. 1-41.

- C.R. Valentine and J.L. Valentine:  Sources of falsely-elevated post-mortem ethanol concentration," in *Inside the Minds:  Understanding DUI Scientific Evidence*, 2014 ed, Aspatore Books, Egan, MN, 2013, pp. 71-87.

- C.R. Valentine and J.L. Valentine: "Alcohol testing II.  Scientific Status," in *Modern Scientific Evidence – The Law and Science of Expert Testimony*, 2015-2016 ed, Vol 5, Thomson Reuters, Eagan, MN, 2015, pp. 65-72.

- C.R. Valentine and J.L. Valentine:  "Defending Drugged Driving – Statistics Favoring the Defense," in *Drunk Driving Defense, Eight Edition*, Lawrence Taylor and Steven Oberman, Wolters Kluwer, Frederick, MD, 2016, pp 65-72.

- P. Mahaney, J.L. Valentine, V. V. Acevado: "The fallacy of the police administered 'Finger to Nose' test to determine alcoholic sobriety, " in Texas DUI Defense: The Law and Practice, Mimi Coffey and James Nesci, Lawyers and Judges Publishing Company Inc., Tucson, AZ, 2018, Appendix D.

- P. Mahaney, J.L. Valentine, V. V. Acevado: "The fallacy of the police administered 'Finger to Nose' test to determine alcoholic sobriety, " in South Carolina DUI Defense: The Law and Practice, James R. Snell, Jr.,

4

James Nesci, Lawyers and Judges Publishing Company Inc., Tucson, AZ,
2018.

Over the last four years, Dr. Valentine was qualified as an expert and testified in
the following trials and depositions:

| Date | Case | Type of Testimony | Location |
|---|---|---|---|
| **2023** | | | |
| 1/19/2023 | State of Texas v. Paige Horelica | trial by Zoom | Court #1, Brazos County, Texas |
| 1/30/2023 | Richard et al. v. Houston Specialty Insurance Company et al. | Deposition by Zoom | --- |
| 1/31/2023 | Richard et al. v. Houston Specialty Insurance Company et al. | Deposition by Zoom | --- |
| 2/14/2023 | Mohammadi v. McManamins, Inc. et al. | testimony by Webex | Portland, OR |
| 3/29/2023 | State of Texas v. Jonathan Paul Jones | testimony at trial | San Antonio |
| 4/10/2023 | DMV hearing for Jerry Earl Sanchez | testimony at hearing by Zoom | Colorado Springs |
| 4/14/2023 | State of Tennesssee v. Kenneth McDonald | trial testimony | Smith County Criminal Court, Carthage TN |
| 4/18/2023 | Hearing in State of Mississippi v. Dustin Nixon | hearing by Zoom | Columbus, MS |
| 4/18/2023 | Hearing State of Louisiana v. Kelli Laine Lemoine | hearing by Zoom | Baton Rouge, LA |
| 5/2/2023 | State of New York v. Gregory Taylor | testimony at trial | Ulster County Courthouse Kingston, NY |

| | | | |
|---|---|---|---|
| 5/4/2023 | State of Mississippi v. Dustin Nixon | testimony at trial | Starkville, MS |
| 5/5/2023 | DMV Hearing for Bradford Borjas | hearing by Zoom | Colorado Springs |
| 5/23/2023 | State of Tennessee v. Tyler Yates | testimony at hearing | Murfreesboro, TN |
| 6/1/2023 | State of New York v. Mendez | testimony electronically at trial | |
| 6/16/2023 | DMV Hearing for Eric Gustafson, Colorado | testimony at dmv hearing by Zoom | |
| 6/28/2023 | Walker V Kings Fuels Marina at Lake Conroe | Deposition by Zoom | |
| 7/17/2023 | Ryan A. Peters v Kansas City BW, LLC, et al. | Deposition testimony | |
| 7/24/2023 | State of Illinois v. Munkhbat Munk-Erdene | Testimony at trial | |
| 7/25/2023 | Ryan A. Peters v Kansas City BW, LLc, *et al.* | Deposition | |
| 8/8/2023 | State of New Hampshire v. James Shankle | Daubert hearing by WebEx | |
| 8/9/2023 | State of Mississippi v. John Sullivan | Trial in Brandon, MS | |
| 8/14/2023 | State of New Hampshire v. James Shankle | Daubert hearing by WebEx | |
| 8/15/2023 | DMV hearing for Kenton Bjorn Clingman | testimony at dmv hearing by Zoom | |
| 8/28/2023 | State of Georgia v. Jenifer Lusia Gallo | Daubert hearing by Zoom | |
| 8/30/2023 | State of Wisconsin v. John Goik | testimony at trial by Zoom | |

**2022**

| | | | |
|---|---|---|---|
| 2/9/2022 | Nursing Board: Tyler Price | Zoom Hearing | Little Rock, AR |

| | | | |
|---|---|---|---|
| 3/23/2022 | State of Wyoming vs. James Austin Wethington | Trial | Third Judicial District Lincoln County, Wyoming |
| 3/31/2022 | Lee Vanlandingham | Trial | Bolivar County Criminal Court Cleveland, MS |
| 5/10/2022 | Austin Kelley Harrouff | Trial/Zoom | Circuit Court of the 19th Judicial Circuit Martin County, FL. |
| 3/22/2022 | State of Wyoming, County of Lincoln v. James Austin Wethington | Trial | County of Lincoln, 3rd Judicial District Kemmerer, WY |
| 4/22/2022 | State of Florida v. Robert Jason Headley | trial - Zoom | Fifth Judicial Circuit of Florida 2019-CF-000485-A |
| 4/29/2022 | State of Florida v. Brian Clayton Barber | trial - Zoom | Circuit Court of 12th Judicial Dist Sarasota County, FL 2017CF003391NC |
| 5/10/2022 | State of Florida v. Austin Kelly Harrouff | Deposition - Zoom | Circuit Court of 19th Judicial District for Martin County, FL |
| 5/18/2022 | State of Florida v. Brian Clayton Barber | hearing - Zoom | Circuit Court of the 12th Judicial District for Sarsota, FL |
| 6/1/2022 | Kelley D. Wyatt, et al. v. Brodie M Leroy, et al; No. 151,512; 26th JDC Bossier Prish, Louisiana | deposition | Shroeder-Lanoux Court Reporting 156 Porter Ave, Biloxi MS 26th Judicial District Court, Bossier Parrish LA |
| 6/15/2022 | State of Ohio, Delaware County v. Laylah Bordeau | Daubert Hearing Zoom | Common Pleas Court of Delaware County, Ohio |
| 6/15/2022 | State of Wisconsin v. Douglas R. Stone | trial - Zoom | Circuit Court of Marathon, Wisconsin |
| 6/16/2022 | State of Washington, Whatham County v. Alexandar Vanags | trial | Whatham County Superior Court Bellingham, WA |

| | | | |
|---|---|---|---|
| 7/26/2022 | State of Ohio v. Laylah Bordeau<br>Case No. 21CRI050309 | trial | Delaware County<br>Circuit Court |
| 8/4/2022 | State of Georgia v.<br>James Dawson Parker | Daubert hearing<br>by Zoom | State Court of<br>Athens-Clarke<br>County, GA |
| 8/4/2022 | State of Wisconsin v.<br>Kevin R. Fyhr | Daubert hearing<br>by Zoom | Circuit Court 42,<br>Milwaukee<br>County.Wisconsin |
| 8/19/2022 | Brett Lirette v. Jason Adams,<br>State Farm Mutual Insurance<br>Automobile Insurance Company,<br>Geico Casualty Company & Axis<br>Ventures, LLC | Video trial<br>testimony | Civil Distric Court<br>Parish of Orleans<br>State of Louisiana<br>Given at City Hall,<br>Gulfport MS |
| 9/28/2022 | State of Georgia v. Isaac Cullins | video trial<br>testimony | Atlanta, GA |
| 10/27/2022 | United States v.<br>Gregory Taylor | trial | Court for the Western District of<br>Tennessee, Western Division |
| 11/1/2022 | Thomas v. Heys *et al.* | trial | Superior Court of State of California<br>For the Countyh of San Diego<br>Central Division Department 60 |
| 12/16/2022 | State of Texas v.<br>Joseph Taylor Emmons | hearing | Cause NO. 20-05-05545 & 20-05-02725<br>359th Judicial District of Montgomery<br>County |

**2021**

| | | | |
|---|---|---|---|
| 3/9/2021 | Brian James Mueller | Zoom trial | Grant County Circuit Court<br>Lancaster, WI |
| 3/10/2021 | Whitney Glynn Kitchens | trial | Jones County Circuit Court<br>First Judicial District<br>Ellisville, MS |
| 4/12/2021 | State of New Hampshire v. Daniel Powers | Zoom deposition | --- |
| 4/30/2021 | Commonwealth of Pennsylvania vs<br>Todd Gracey | trial by zoom | --- |

8

| | | | |
|---|---|---|---|
| 6/24/2021 | Max Leroy Townsend | trial | Norman, OK |
| 7/20/2021 | Brian Mueller | trial | Grant County, Lancaster, WI |
| 8/3/2021 | State of Tennessee v. Lisa Dawn Casteel | Zoom trial | General Sessions Court McMinn County TN |
| 8/5/2021 | Respondent – Phillip Jerkins | | Zoom hearing Arbitration Hearing before Illinois Department of Transportation |
| 9/28/2021 | Jimmie Davidson v. Matthe J Burinskas; Georgia-Pacific Consumer Operations LLC; Safeco Insurance Company of Illinois | deposition | Law Offices of Briskman & Binion Mobile, AL |
| 9/22/2021 | Levear Andrews, Jr. v. Mayour Lionel Johnson, Jr. and City of St. Gabriel | Zoom deposition | --- |
| 10/5/2021 | State of Florida v. Heather Finley | telephone deposition | --- |
| 10/13/2021 | State of Texas v. Jeremy Michael Murphy | Zoom pre-trial hearing and trial | --- |
| 10/14/2021 10/15/2021 | State of AlasKa v. Alexi Nyreen Shaw | Zoom parent custody hearing | --- |
| 11/8/2021 | Mack, Purifoy (deceased) Howard, (deceased) v. Midland Davis Corp., Ruyle Mechnical Services, Inc., & Kevin Bankert | Zoom appearance at trial court reporters Little Rock, AR | Bloomington, IL |
| 12/7/2021 | David M Kress | State of Tennessee vs. David M. Kress | Criminal Court Van Buren County, TN |
| 12/16/2021 | State of Wyoming v. Jennifer Steiner | Microsoft Teams testimony for trial | --- |

**2020**

| 1/2/2020 | Williams vs Crete Corp. | deposition | Carr Allison Office<br>26th Ave., Gulfport MS |
|---|---|---|---|

| 1/6/2020 | Cary Jefferson | hearing | Madison County Courthouse<br>Huntsville, AL |
|---|---|---|---|

| 1/7/2020 | Lacey Williams Administratrix<br>of the Estate of Alton Michael Williams<br>v. Quest Liner, Inc.and<br>Kenny Martin Thomnas IV | deposition | Law Office of Prince, Glover<br>& Hayes 701 Rice Mine Rd<br>N Tuscaloosa |
|---|---|---|---|

| 1/27/2020 | State of West Virgine v. Corbin linthicum | telephone hearing | --- |
|---|---|---|---|

| 1/28/2020 | United States Marines v. Lance Corporal<br>Hunter O'Neill Wells | telephone hearing | --- |
|---|---|---|---|

| 2/3/2020 | State of Florida v. Michael Eric McCollum, Jr.<br>Case Nos. 19-CT-10078 and 19-CT-100179<br>(Indigent) | telephone hearing | --- |
|---|---|---|---|

| 2/7/2020 | Awale Sahal v. Integrity Mutual<br>Insurance  Company, Andrew J .<br>Cox, Dick'sPallet  Works, Inc.,<br>Nationwide Mutual Insurance<br>Company, and Blue Cross Blue Shield<br>of Minnesota | deposition | Shroeder-Lanoux<br>Court Reporting<br>156 Porter Ave,<br>Biloxi MS |
|---|---|---|---|

| 3/20/2020 | Dena Fults v. Nissan North America, Inc. | deposition | Schroeder-Lanoux<br>Court Reporting<br>156 Porter Ave,<br>Biloxi MS |
|---|---|---|---|

| 4/17/2020 | Hunsinger v. Ferrall<br>Case No. 18-42342 | telephone<br>deposition | |
|---|---|---|---|

| 5/5/2020 | Koehler v. Koehler/Dissolution of Marriage<br>Jackson County, MO<br>Cause No. 1916-FC05957 | telephone hearing | --- |
|---|---|---|---|

| 5/8/2020 | State of Florida vs. William Glenn Matthesen | telephone deposition | --- |
|---|---|---|---|

| 5/14/2020 | State of Mississippi v. Daryl Jones | trial | Byram City Court<br>Byram, MS |
|---|---|---|---|

10

| | | | |
|---|---|---|---|
| 6/3/2020 | State of Mississippi v. Gerald Orey | trial | Byram City Court Byram, MS |
| 6/11/2020 | Windy Singleton vs. National Specialty Insurance Company et atl. Docket NO. 2017-1979, 15th JDC; Lafayette Parish, Louisiana | deposition | Schroeder-Lanoux Court Reporting 156 Porter Ave, Biloxi MS |
| 8/14/2020 | Richard C. Gordon, III | hearing Lancaster Omnibus motion pre-trial hearing | Court of Common Pleas Lancaster Cty, PA |
| 8/14/2020 | Donald E. Mazurek | hearing | Zoom hearing testimony; Milwaukee Municipal Court, WI |
| 8/17/2020 | Justin Whaley | hearing | Criminal Court of Hamilton County, TN Chattanooga, Tennessee |
| 8/21/2020 | State of Florida v. Robert C. Billings | zoom deposition | Bounty Court of Fifth  Judicial Circuit of the State of Florida in and for Lake County, James Argento Assistant |

**2019**

| | | | |
|---|---|---|---|
| 1/11/2019 | State of Colorado v Kenneth Hill | hearing | Adams County Courthouse Brighton, CO |
| 1/14/2019 , 1/14/2019 | Ellen Louise Massey, Administrator of the Estate of Amada Herring deceased vs. Ricky Lynn Riggs, et al. Jackson County Circuit Court No. CV-2017-129 | deposition | David Hodges office 212 Center St. Little Rock, AR |
| 1/16/2019 | State of Arkansas v. Joshua Parks | trial | Conway, AR |

| | | | |
|---|---|---|---|
| 2/5/2019 | State of Arkansas v. Chris McFarland | trial | District Court of Chicot County AR Lake Village, AR |
| 2/6/2019 | Atreyu Muniz, Christina McGee, Jeffery Anderson, Trevor Moczygemba plaintiffs v. Stallion Oilfield Service, LTD, Stallion Production Services Satllioin Oilfield Holdings, Inc.; and Rodney Simmons Defendant | deposition | Gulfport International Airport Admintrative Offices Gulfport MS |
| 2/8/2019 | Separation of Lt. Johnny W. Carter, Jr., from U.S. Army | hearing | telephone |
| 2/22/2019 , | Teressa Blondell and Alvin Blondell, plaintiffs v. Courtney Station 300, LLC, Ram Partners, LLC, Contravest Management Company, Richey Industries, Inc. and Center Contracting of Central Florida LLC, Defendants | deposition | Schroeder-Lanoux Court Reporting 156 Porter Ave. Biloxi |
| 2/27/2019 | State of Florida vs. Pascal Howard Davis | depostion | Quality Inn Gulfport 9445 Highway 49 |
| 3/18/2019 | State of Florida vs. Nancy Ruth Spurlock | telephone deposition | --- |
| 6/12/2019 | Mack Purifoy (deceased), Howard (deceased v. Midland Davis Corp. Ruyle Mechanical Services, Inc. & Kevin Bankert | deposition | Schroeder-Lanoux Court Reporting 156 Porter Ave, Biloxi MS |
| 7/11/2019 | Aaron Lamb | telephone hearing | Commissioner Joe Howell Georgia Employee Commission Macon, GA |
| 7/30/219 | State of Colorado v. Kenneth Hill | trial | Adams County Courthouse Brighton, CO |
| 8/1/2019 | State of Wyoming v. Shawn Rooney | trial | Carbon County Courthouse Rawlins, WY |

| 8/5/2019 | State of Alabama v. James Broadman | hearing | Baldwin Count Courthouse Bay Minette, AL |
|---|---|---|---|
| 8/6/2019 | State of Mississippi v. Shawn Harkins | trial | Richland County Courthouse, MS |
| 8/8/2019 | State of Florida v. Pascal Davis | pre-trial hearing | Lee County Courthouse Fort Myers Fl |
| 8/19/2019 | Justin Darron Levine (Petitioner) v. Adam Holley, Acting Commissioner West Virginia Division of Motor Vehicles Case No. 364877C | telephone hearing | --- |
| 8/27/2019 | State of Arkansas v. Carlos Quinonez | trial | Coconino District Court 5 Flagstaff, AZ |
| 9/16/2019 | Concerning BD Tube Recall, Helena MT | telephone hearing | |
| 10/2/2019 | State of Mississippi v. Eugene Butler | trial | Hancock County Court Bay St. Louis, MS |
| 10/9/2019 | State of Ohio v. Sue A. Degan | trial | Ashtabul Court of Common Pleas Jefferson, OH |
| 10/11/2019 | State of Florida v Travis Lee Johnson No. 2017-CF-003095 | hearing | Harrison County, MS District Attorney's Office, Gulfport MS 1801 23rd Ave. Gulfport, MS |
| 10/14/2019 | State of Arizona v. Princess Margo Gilmore aka Princess Ridgnal; aka Tasha Smith; aka Tashah Smithe | telephone deposition | --- |
| 11/14/2019 | Stephen Hobbs, LPN | Licensure hearing | Nursing Board, Little Rock, AR 1123 S. University |

13

| | | | |
|---|---|---|---|
| 12/2/2019 | State of Arizona v. Princess Margo Gilmore aka Princess Ridgnal; aka Tasha Smith; aka Tashah Smithe | trial | Maricopa County Circuit Court |
| 12/4/21019 | State of Texas v. Karen Lenise Moore | trial | Brozos Courthouse, Bryan TX |
| 12/9/2019 | State of New York v. Thomas Murphy | trial | Suffolk County Court, NY |
| 12/13/2019 | State of Georgia v. Mugaisi Andega | Harper Hearing | Fulton County Circuit Court, GA |

**2018**

| | | | |
|---|---|---|---|
| 1/19/2018 | State of Florida vs. Logan Clark | deposition | telephone |
| 1/23/2018 | Velone vs. Christ Clinic, Danielle Rigs | trial | State of Washington Superior Court Spokane County |
| 1/25/2018 | State of Georgia v. Michael Stapleton | trial | Coweta County Court Noonan, GA |
| 1/29/2018 | State of Oklahoma v. Paige Powell | hearing | Payne County Court Stillwater, OK |
| 2/13/2018 | State of Florida v. Robert Ward | trial | Orange County Criminal Court |
| 3/9/2018 | State of Florida v. Ahsley Konfort Case No. 522017CF001571000APC | hearing | Pinellas County Court Clearwater, FL |
| 3/16/2018 | Larry Guillory vs. Zurich American et at. | deposition | Schroeder-Lanoux Court Reporting 156 Porter Ave. Biloxi |
| 5/1/2018 | State of Mississippi v. Howard Lee Tucker, III | hearing | Perry County Circuit Court Cause No. 16-6109H |

14

| 5/17/2018 | State of Alabama v. Jennifer Schrencongost | trial | Melbailey Justice Center Birmingham, AL |
|---|---|---|---|
| 5/23/2018 | State of Texas vs. Michael John Burkland Cause No. 2107369 | trial | Family Court Houston Houston, TX |
| 6/22/2018 | Ptasnick and Caffarella vs. Blue Jordan Forest Owners D/A 7/23/2011 | deposition | Brooks Court Reporting 1520 29th street, Gulfport MS |
| 9/4/2018 | State of Florida v. Bryan Patrice | telephone deposition | --- |
| 9/13/2018 | Estate of Vincent Jackson (deceased) v. Justin Van Smith and Gran Garrett | deposition | telephone and Skype |
| 9/17/2018 | State of Mississippi v. Robert Marshall, III | hearing | Rankin County Circuit Court Brandon, MS |
| 9/21/2018 | State of Florida vs. Bryan Patrice | trial | Circuit Court of 15th Judicial Circuit Palm Beach County, FL |
| 10/9/2018 | State of Mississippi v. Eugene Butler | hearing | Bay St. Louis Municipal Court Bay St. Louis, MS |
| 11/5/2018 | State of Oklahoma v. Kaitlyn Romo | trial | Cleveland County OK District Court Norman, OK |
| 12/11/2018 | Estate of Vincent Jackson (deceased) v. Justin Smith and Grant Garrett Excavating, Inc. | trial | Circuit Count of Pulaski County, AR Civil Division |

Defendant respectfully submits to the court that his expert disclosure is fully compliant with Federal Rules of Criminal Procedure.

15

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   *s/Kafahni Nkrumah*
Kafahni Nkrumah
Assistant Federal Public Defender
Special Bar ID #A5502967
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
E-Mail: Kafahni_Nkrumah@fd.org

Pursuant to Rule 16(b)(1)(C)(v) of the Federal Rules of Criminal Procedure, I,

Dr. J.L. Valentine, hereby approves of this expert disclosure.

J.L. Valentine, Ph.D.

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 25, 2024, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronically Notices of Electronic

Filing.

By:   *s/Kafahni Nkrumah*
Kafahni Nkrumah